JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> KYAH A. YOST, and ROYAL-FEN KIMYA TARIM LTD. STI., <br><br> Defendants. | Case No.: 2:19-CV-10197-DSF (JPRx) <br><br> **JUDGMENT [31]** |
| ROYAL-FEN KIMYA TARIM LTD. STI., <br><br> Cross-Complainant, <br><br> v. <br><br> KYAH A. YOST <br><br> Cross-Defendant. | |

Defendant and Crossclaim Plaintiff Royal-Fen Kimya Tarim Ltd. Sti. ("Royal-Fen") filed an Application for Entry of Default Judgment. Having read and considered the Application, the legal memoranda, authorities, evidence, and other materials filed by Royal-Fen, and the Court's record, including Plaintiff Wells Fargo Bank, N.A.'s ("Wells Fargo") Motion to Interplead (Dkt. 23),

**IT IS HEREBY ORDERED** that the Application and Wells Fargo's Motion to Interplead are granted. The Court further orders and adjudges as follows:

(1) Wells Fargo shall disburse the Restrained Proceeds, less $9,735.87 in attorney's fees and costs that Wells Fargo has incurred, directly to Royal-Fen;

(2) Judgment is entered against Defendant Kyah A. Yost ("Yost") in the amount of $81,112.81 and in favor of Royal-Fen;

(3) Wells Fargo is discharged from all liability to Royal-Fen or Yost in connection with the Restrained Proceeds and the Wire, as defined in the Complaint for Interpleader (Dkt. 1) including but not limited to any and all transactions related to Royal-Fen's or Yost's respective accounts; and

(4) Royal-Fen and Yost are enjoined and prohibited from instituting any actions against Wells Fargo and/or its agents, affiliates, employees, and servants in connection with the Restrained Proceeds and the Wire, as defined in the complaint, including but not limited to any and all transactions related to Royal-Fen's or Yost's respective accounts.

**IT IS SO ORDERED AND ADJUDGED.**

Date: May 13, 2020

Hon. Dale S. Fischer
United States District Judge